IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-50494
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIRTIS LEE GIBSON;
JAY LAVONE LLOYD,

Defendants-Appellants.

- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas
USDC No. MO-96-CR-149-1
- - - - - - - - - -
June 2, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Virtis Lee Gibson and Jay Lavone Lloyd appeal their convictions for conspiracy, possession

of cocaine base with intent to distribute, and possession of cocaine with intent to distribute. Gibson

and Lloyd argue that the district court should have suppressed evidence because the affidavit

supporting the search warrant was lacking in probable cause, and Lloyd argues that his incriminating

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

statements should have been excluded because they were made without the benefit of <u>Miranda</u>[**]

warnings. Both defendants challenge the sufficiency of the evidence supporting their conspiracy

convictions, and Lloyd also challenges the sufficiency of the evidence supporting his possession

convictions. Gibson argues that the district court abused its discretion by denying his motion for

severance, and Lloyd argues that the district court abused its discretion by denying a mistrial based

on the accidental publication to the jury of a police report.

Having reviewed the record and the briefs of the parties, we HOLD that the district court did

not err by denying the defendants' motions to suppress evidence. <u>United States v. Pena-Rodriguez</u>,

110 F.3d 1120, 1129 (5th Cir. 1997), <u>cert. denied</u>, 118 S. Ct. 72 (1997); <u>United States v. Broussard</u>,

80 F.3d 1025, 1034 (5th Cir.), <u>cert. denied</u>, 117 S. Ct. 264 (1996). The evidence supports the

defendants' convictions. <u>United States v. Jaramillo</u>, 42 F.3d 920, 923 (5th Cir. 1995). The district

court did not abuse its discretion by denying Gibson's motion for severance and Lloyd's motion for

a mistrial. <u>See</u> <u>United States v. Tencer</u>, 107 F.3d 1120 (5th Cir. 1997); <u>United States v. Ramirez</u>,

963 F.2d 693, 699 (5th Cir. 1992).

AFFIRMED.

---

[**] <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).